JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO HERNANDEZ YANEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KPC HEALTHCARE, INC., a Nevada corporation; ANAHEIM GLOBAL MEDICAL CENTER, INC., a California corporation; and DOES 1 through 100,<br><br>Defendants. | Case No. 8:20-cv-00792-DOC (ADSx)<br><br>[*Assigned to Hon. David O. Carter, Courtroom 9D*]<br><br>**[ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION TO ORANGE COUNTY SUPERIOR COURT**<br><br>Action Filed:       February 28, 2020<br>Date of Removal: April 23, 2020<br>Trial Date:          None Set |

ORDER GRANTING STIPULATION TO REMAND ACTION Case No. 8:20-cv-00792-DOC (ADSx)

## ORDER

After reviewing the Parties' Stipulation to Remand Removed Action to Orange County Superior Court and good cause appearing, IT IS HEREBY ORDERED as follows:

The Parties' Stipulation is approved. This matter is hereby remanded to the Superior Court for the State of California for the County of Orange for lack of subject matter jurisdiction per 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

Dated: _____May 22_____, 2020

_____
Honorable David O. Carter